```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 06700
   RENEE A BELL
   EARL E BELL                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3064     SSN XXX-XX-0656
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/09/06 and confirmed on 09/14/06.

   2.  The case was dismissed after confirmation, 09/14/2007.

   3.  The Debtor paid a total of $  11855.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED | 18000.00 | 1394.04 | 6214.04 |
| WACHOVIA DEALER SERVICES | SECURED | .00 | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 16166.59 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 119.00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 427.58 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 471.53 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CABRERA & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CABRERA & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3571.08 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 287.12 | .00 | .00 |
| CALVARY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 860.00 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST HUDSON LEASING | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | 5520.06 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 472.93 | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1020.74 | .00 | .00 |

```
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED           .00          .00
NCO FINANCIAL              UNSECURED      NOT FILED           .00          .00
NICOR GAS                  UNSECURED        1467.91           .00          .00
PROGRESSIVE ASSET MGMT     UNSECURED        8424.83           .00          .00
RECEIVABLES MANAGEMENT I   UNSECURED         550.00           .00          .00
RECEIVABLES MANAGEMENT I   UNSECURED      NOT FILED           .00          .00
RECEIVABLES MANAGEMENT I   UNSECURED      NOT FILED           .00          .00
HRS USA                    UNSECURED      NOT FILED           .00          .00
SHORT TERM LOANS LLC       UNSECURED         526.22           .00          .00
US DEPARTMENT OF EDUCATI   UNSECURED             .00           .00          .00
VILLAGE OF ROMEOVILLE      UNSECURED      NOT FILED           .00          .00
WEXLER & WEXLER            UNSECURED      NOT FILED           .00          .00
STATE DISBURSEMENT UNIT    CHILD SUPPORT    1780.40           .00       1307.69
MONTEREY FINANCIAL SVCS    UNSECURED         318.92           .00          .00
DRIVE FINANCIAL SERVICES   UNSECURED        3551.54           .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED         596.97           .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED         191.03           .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18000.00       1780.40     44544.05        .00    64324.45
PRINCIPAL PAID       6214.04       1307.69          .00        .00     7521.73
INTEREST PAID        1394.04            .00         .00        .00     1394.04
TOTAL PAID           7608.08       1307.69          .00        .00     8915.77
```

The Debtor's attorney, RONALD D CUMMINGS       , was allowed $   3000.00
and was paid $    500.00   direct and $   2500.00   through the plan.

The Trustee received $     439.23 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 12/18/07              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                         PAGE   3
    CASE NO. 06 B 06700 RENEE A BELL & EARL E BELL
```